UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALVA, | ) Case No. SACV 10-0462-GAF(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| THE PEOPLE, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are SUMMARILY DISMISSED without prejudice.

DATE: April 22, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&R-MDO\10-0462.JUD
4/19/10